**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

MICHAEL DESHAWN GLOVER,

                Petitioner,

v.

                                                    Civil Action No. 2:25cv513

J. BIENEMY, Warden,

                Respondent.

## FINAL ORDER

On August 20, 2025, while incarcerated at FCC Petersburg, Michael Deshawn Glover ("Glover"), submitted a *pro se* petition pursuant to 28 U.S.C. § 2241 challenging the calculation of his sentence and sentence credits by the Bureau of Prisons. Dkt. No. 1. This matter was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation.

The Magistrate Judge's Report and Recommendation filed April 3, 2026, recommends that the petition for a writ of habeas corpus, Dkt. No. 1, be denied and dismissed with prejudice because Glover's sentence and sentence credits were appropriately calculated. Dkt. No. 9. Glover was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED**

that the petition for a writ of habeas corpus, Dkt. No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**.

Glover is ADVISED that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk shall mail a copy of this final order to Glover and counsel of record for respondent.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 27, 2026

2